**699-15**

# ELECTRONIC RECORD

COA # 06-14-00097-CR          OFFENSE: 29.03

STYLE: Willie Frank Jackson v. The State of Texas          COUNTY: Hunt

COA DISPOSITION: Affirmed          TRIAL COURT: 354th District Court

DATE: 05/15/15          Publish: No          TC CASE #: 29,295

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Willie Frank Jackson v. The State of Texas          CCA #: **699-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _09/16/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD